# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| HOSKINS OIL COMPANY, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:16-cv-00417-JRG-CCS |
| EQUILON ENTERPRISES LLC d/b/a SHELL OIL PRODUCTS US, MOTIVA ENTERPRISES LLC, COFFMAN OIL COMPANY, INC., and DOWNEY OIL COMPANY, INC. | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

Gary L. Henry, Justin B. Faith, and Gearhiser, Peters, Elliott & Cannon, PLLC (hereinafter "Movants"), pursuant to Local Rule of the United States District Court for the Eastern District of Tennessee 83.4 and Tennessee Rule of Professional Conduct 1.16, hereby move to withdraw as counsel of record for Plaintiff. For grounds, Movants state that withdrawal will not delay the trial (currently scheduled for September 4, 2018) or other proceedings in this case and good cause exists for their withdrawal. Furthermore, Movants' withdrawal can be accomplished without material adverse effect on the interests of Plaintiff. Plaintiff's current mailing address, phone number, and e-mail address are as follows:

> Hoskins Oil Company, LLC
> 120 Eastgate Drive
> LaFollette, Tennessee 37766
> Telephone: (423) 562-8328
> E-mail: jshoskins@bellsouth.net

Movants certify that a true and exact copy of this motion was provided to Plaintiff at least fourteen days prior to the date of filing. Furthermore, if the Court sets a hearing on this motion,

Movants will, at least seven days before the hearing, serve Plaintiff with notice: (i) of the date, time, and place of the hearing; and (ii) that Plaintiff has a right to appear and be heard on the motion. Finally, Movants certify that all requirements of Local Rule 83.4 have been satisfied.

WHEREFORE, in light of the foregoing, Movants respectfully request that the Court: (1) enter an order permitting Movants to withdraw as counsel of record for Plaintiff; and (2) grant Movants and Plaintiff such further relief that the Court deems just.

Respectfully submitted,

GEARHISER, PETERS, ELLIOTT & CANNON, PLLC

By: s/Gary L. Henry
Gary L. Henry (BPR #025448)
Justin B. Faith (BPR #030547)
320 McCallie Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 756-5171
Facsimile: (423) 266-1605
E-mail: ghenry@gearhiserpeters.com
jfaith@gearhiserpeters.com
*Attorneys for Plaintiff Hoskins Oil Company, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

This the 20th day of June, 2017.

GEARHISER, PETERS, ELLIOTT & CANNON, PLLC

By: s/Gary L. Henry