IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| HOSKINS OIL COMPANY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 3:16-cv-00417-JRG-CCS |
| EQUILON ENTERPRISES LLC d/b/a SHELL OIL PRODUCTS US, MOTIVA ENTERPRISES LLC, COFFMAN OIL COMPANY, INC., and DOWNEY OIL COMPANY, INC. | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT OF THE PARTIES

Plaintiff, Hoskins Oil Company, LLC, and Defendants, Equilon Enterprises, LLC d/b/a Shell Oil Products US, Motiva Enterprises, LLC, Coffman Oil Company and Downey Oil Company through their undersigned counsel, submit the following Joint Status Report regarding the case's progress pursuant to this Court's Order of November 3, 2017 [Doc. 79].

1. The parties have agreed to attempt to resolve their respective claims through mediation.

          Respectfully submitted,

          ARNETT, DRAPER & HAGOOD, LLP

          By: */s/ Broderick L. Young*
               Broderick L. Young, BPR #019668
               Paul E. Weheimer, BPR #030400
               P.O. Box 300
               Knoxville, TN 37901-0300
               Phone: (865) 546-7000
               Fax: (865) 546-0423
               *Attorneys for Plaintiff*

GREENSFELDER, HEMKER & GALE, P.C.

By: _/s/ David M. Harris_
David M. Harris, MBE #32330 (*pro hac vice*)
10 S. Broadway, Suite 2000
St. Louis, MO 63102
Phone: (314) 241-9090
Fax: (314) 345-5465
dmh@greensfelder.com

WOOLF, MCCLANE, BRIGHT, ALLEN & CARPENTER, PLLC

W. Kyle Carpenter (BPR #005332)
Dean T. Howell (BPR #022130)
P.O. Box 900
Knoxville, TN 347901-0900
Phone: (865) 215-1000
Fax: (865) 215-1001
kcarpenter@wmbac.com
dhowell@wmbac.com

*Attorneys for Defendants Equilon Enterprises, LLC d/b/a Shell Oil Products US and Motiva Enterprises LLC*

BASSMAN, MITCHELL, ALFANO & LEITER, CHTD.

By: _/s/ Alphonse M. Alfano_
Alphonse M Alfano, Esq.
1707 L Street, N.W., Suite 560
Washington, DC 20036
bma@bmalaw.net

KIZER & BLACK, PLLC

By: _/s/ Cathy H. Morton_
Cathy H. Morton, Esq.
329 Cates Street
Maryville, TN 37801
cmorton@kizer-black.com

*Attorneys for Defendant Downey Oil Company, Inc.*
THE HURLEY LAW FIRM, P.C.

By: /s/ D. Scott Hurley  
D. Scott Hurley, Esq.  
Holly B. Hurley, Esq.  
Ryan N. Shamblin, Esq.  
205 Mohican Street  
Knoxville, TN 37919  
hurleylaw@bellsouth.net  
hbhlaw@bellsouth.net  
rslaw@bellsouth.net  

*Attorneys for Defendant Coffman Oil Company, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this pleading or document has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by delivering a true and exact copy of said pleading or document to the office of said counsel or by placing a true and exact copy of said pleading or document in the United States Mail, addressed to said counsel, with sufficient postage thereupon to carry the same to its destination. Parties may access this filing through the Court's electronic filing system.

This the 7th day of February, 2018.

ARNETT, DRAPER & HAGOOD, LLP

By: /s/ Broderick L. Young  
Broderick L. Young