UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| HOSKINS OIL COMPANY, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EQUILON ENTERPRISES LLC d/b/a ) <br> SHELL OIL PRODUCTS US, *et al.*, ) <br> ) <br> Defendants. ) | No. 3:16-CV-417 |

# **ORDER**

On February 7, 2018, the parties filed a joint status report, [Doc. 108], indicating that they have agreed to attempt to resolve their respective claims through mediation. Therefore, pursuant to Local Rule 16.4 of the Local Rules of the United States District Court for the Eastern District of Tennessee, it is hereby **ORDERED** that the parties shall proceed to mediation within the next sixty (60) days. All currently scheduled deadlines, including the trial date for this matter, shall remain unchanged.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE