IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| HOSKINS OIL COMPANY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | JURY DEMAND |
| vs. ) | |
| ) | Case No. 3:16-cv-00417-JRG-CCS |
| EQUILON ENTERPRISES LLC d/b/a SHELL ) | |
| OIL PRODUCTS US, MOTIVA ) | |
| ENTERPRISES LLC, COFFMAN OIL ) | |
| COMPANY, INC., DOWNEY OIL ) | |
| COMPANY, INC., and MANUEL PAYAN, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

Broderick L. Young, Paul Wehmeier, William A. Ladnier and Arnett, Draper & Hagood, LLP (hereinafter "Movants"), pursuant to local Rule of the United States District Court for the Eastern District of Tennessee 83.4 and Tennessee Rule of Professional Conduct 1.16 hereby move to withdraw as counsel of record for the Plaintiff, as good cause exists for their withdrawal. It is unclear whether withdrawal will adversely affect the trial of this case currently set for February 12, 2019, or other proceedings in this case. Furthermore, Movants withdrawal could be accomplished without material adverse effect on the interest of the Plaintiff. Plaintiff's current mailing address, phone number and e-mail address are as follows:

> Hoskins Oil Company, LLC
> 120 Eastgate Drive
> LaFollette, TN 37766
> Telephone: (423) 562-8328
> E-Mail: jshoskins@bellsouth.net

The undersigned hereby certifies that a true and exact copy of this Motion to Withdraw has been provided to Plaintiff at least 14 days prior to the date of filing. Furthermore, if the Court sets a hearing on this Motion, Movant will, at least 7 days before the hearing, serve Plaintiff with notice of the date, time and place of hearing and the Plaintiff has a right to appear and be heard on the Motion. Finally, we would certify that all requirements of Rule 83.4 have been satisfied.

Wherefore, in light of the foregoing, Movants respectfully request the Court enter an Order (1) Permitting Movants to Withdraw as Counsel of Record for Plaintiff, and (2) grant Movants and Plaintiff such further relief as the Court may deem just.

Respectfully submitted this 7th day of December 2018.

        ARNETT, DRAPER & HAGOOD, LLP

        By:   */s/ Broderick L. Young*
            Broderick L. Young, BPR #019668
            Paul E. Wehmeier, BPR #030400
            *Attorneys for Plaintiff*

ARNETT, DRAPER & HAGOOD, LLP
P.O. Box 300
Knoxville, TN 37901-0300
(865) 546-7000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. mail, postage prepaid. Parties may access the filing through the Court's electronic filing system.

This the 7th day of December, 2018.

        ARNETT, DRAPER & HAGOOD, LLP

        By:   */s/ Broderick L. Young*
            Broderick L. Young